# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NATHAN LENA & ROXANNE M. MUSCIALENA  
1745 WYNNWOOD DRIVE  
BELVIDERE, IL  61008

SSN-xxx-xx-4536 & xxx-xx-1329

Case Number: 07-72854

Case filed on: 11/21/2007  
Plan Confirmed on: 4/4/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,045.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 002 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 4,600.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 4,600.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 2,300.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,300.00 | 0.00 |
| 005 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ICS / ILLINOIS COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CORPORATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CORPORATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CALVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LAW OFFICE OF JOEL CARDIS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CRA SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | TRANSWORLD SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | NATIONAL CREDIT AUDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | FMS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | TRUE LOGIC FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | OXFORD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | OXFORD MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | G.S. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 115 | INTERNAL REVENUE SERVICE | 1,062.96 | 1,062.96 | 0.00 | 5.89 |
|  | Total Priority | 1,062.96 | 1,062.96 | 0.00 | 5.89 |
| 999 | NATHAN LENA | 0.00 | 0.00 | 1,115.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,115.00 | 0.00 |
| 001 | AMERICREDIT | 3,212.59 | 3,200.00 | 2,346.83 | 161.17 |
| 003 | BOONE COUNTY TREASURER | 9,245.00 | 9,245.00 | 2,248.00 | 0.00 |
| 116 | BLACKHAWK STATE BANK | 1,123.98 | 1,123.98 | 1,123.98 | 0.00 |
| 117 | LONGSHORE & REENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,581.57 | 13,568.98 | 5,718.81 | 161.17 |
| 001 | AMERICREDIT | 0.00 | 12.59 | 0.00 | 0.00 |
| 004 | AAFES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AAFES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AAFES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| # | Creditor | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 013 | ANNIES ATTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ANNIES ATTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ANNIES CROCHET | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ANNIES FAVORITE CROCHET | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ARMED FORCES BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ATHLETICO LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | BALLY TOTAL FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | BARNES & NOBLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | BETTER HOMES & GARDENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | BMG MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | BOOK OF THE MONTH CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CAMELOT RADIOLOGY ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | CAMELOT RADIOLOGY ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CERTEGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | CERTEGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | CHARLESTON MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | CIGAR AFICIANADO | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | CINGULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | COLUMBIA HOUSE VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | COMCAST ALEXANDRIA 2ND PLACEME | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | COUNTRY HOMES & GARDEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | CRAFTERS CHOICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | CRAFTS SHOWCASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | CREATIVE HOME ARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | CREATIVE KNITTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | CROCHET | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | CROCHET FANTASY | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | CROCHET WORLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | DOUBLEDAY BOOK CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | DRINKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | EASY HOME COOKING | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | EASY KNITTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | EDGEBROOK DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | IRENE BOSWELL MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | MOLIE ANN VAN HOUSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | NEEDLE CRAFT PATTERN | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | OLD - TIME CROCHET | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | OSF LIFE LINE AMBULANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | PENN FOSTER EDUCATION DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | PENNFOSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | RADIOLOGY CONSULT OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | SPRINT NEXTEL - DISTRIBUTION | 238.60 | 238.60 | 0.00 | 0.00 |
| 101 | ROCKFORD MERCANTILE AGENCY INC | 8,886.32 | 8,886.32 | 0.00 | 0.00 |
| 103 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | SWEDISH AMERICAN HOSPITAL | 81.60 | 81.60 | 0.00 | 0.00 |
| 107 | THE DANBURY MINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | THE EASTON PRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | AFNI/VERIZON | 298.09 | 298.09 | 0.00 | 0.00 |
| 111 | CREDITORS PROTECTION SERVICE, INC | 1,728.85 | 1,728.85 | 0.00 | 0.00 |
| 112 | MUTUAL MANAGEMENT SERVICES | 2,266.02 | 2,266.02 | 0.00 | 0.00 |
| 113 | ASSET ACCEPTANCE CORP | 4,917.10 | 4,917.10 | 0.00 | 0.00 |
| 114 | ILLINOIS DEPARTMENT OF REVENUE | 2,028.95 | 2,028.95 | 0.00 | 0.00 |
| 115 | INTERNAL REVENUE SERVICE | 2,122.16 | 2,122.16 | 0.00 | 0.00 |
| | Total Unsecured | 22,567.69 | 22,580.28 | 0.00 | 0.00 |
| | Grand Total: | 40,712.22 | 40,712.22 | 13,733.81 | 167.06 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $13,900.87 |
| Trustee Allowance: | $1,144.13 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                /s/ Lydia S. Meyer
                                                               Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008            By  /s/Heather M. Fagan